BEFORE THE THIRD DIVISION, NOVEMBER 19, 1962

**No. 67205.**—National Silver Co. *v.* United States, protest 61/11192 (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 67206.**—Kreiss & Company, Ltd., and James G. Wiley *v.* United States, protest 61/6349 (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 21, 1962

**No. 67207.**—New York Merchandise Co., Inc. *v.* United States, protest 62/1197 (Los Angeles).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware tableware plates, over 9⅛ inches in diameter and valued under $1 per dozen, the claim of the plaintiff was sustained.